**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **AMANDA PIZANA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.**  3:20-cv-3723 |
| | § | |
| **DUSTIN "KROSS" KRAMMERER,** | § | |
| **CUMULUS MEDIA, INC., and** | § | |
| **SUSQUEHANNA RADIO, LLC f/k/a** | § | |
| **SUSQUEHANNA RADIO CORPORATION,** | § | |
| | § | |
| **Defendants.** | § | |

## APPENDIX TO DEFENDANTS' NOTICE OF REMOVAL

NOW COMES Defendants Dustin "Kross" Krammerer, Cumulus Media, Inc. and Susquehanna Radio, LLC f/k/a Susquehanna Radio Corporation ("Defendants"), and file this Appendix of Exhibits to Defendants' Notice of Removal, as follows:

| **EXHIBIT** | | **DOCUMENT** |
|---|---|---|
| A | | State Court Documents |

45407213.1

---

# EXHIBIT

# A

## Case Information

DC-20-17562 | AMANDA PIZANA vs. DUSTIN "KROSS" KRAMMERER et al

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| DC-20-17562 | 298th District Court | TOBOLOWSKY, EMILY |
| File Date | Case Type | Case Status |
| 11/24/2020 | EMPLOYMENT | OPEN |

## Party

PLAINTIFF
PIZANA, AMANDA

Address
7676 Hillmont Streeet
Houston TX 77040

Active Attorneys ▾
Lead Attorney
FULTON, KEVIN H
Retained

DEFENDANT
KRAMMERER, DUSTIN "KROSS"

Address
3090 OLIVE STREET STE 400
DALLAS TX 75219

DEFENDANT
CUMULUS MEDIA, INC.

Address
SERVING REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

DEFENDANT
SUSQUEHANNA RADIO, LLC

  Aliases
  *FKA* SUSQUEHANNA RADIO CORPORATION
Address
SERVING REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

## Events and Hearings

11/24/2020 NEW CASE FILED (OCA) - CIVIL

11/24/2020 ORIGINAL PETITION ▾

ORIGINAL PETITION

11/24/2020 ISSUE CITATION ▾

ISSUE CITATION - DUSTIN "KROSS" KRAMMERER

CITATION- SUSQUEHANNA RADIO LLC

CITATION- CUMULUS MEDIA INC

11/24/2020 REQUEST FOR SERVICE ▾

REQUEST FOR CITATION ISSUANCE

11/30/2020 REQUEST FOR SERVICE ▾

REQUEST FOR SERVICE

12/03/2020 CITATION ▾

**Unserved**

Anticipated Server

**APP 2**

ESERVE

Anticipated Method
Comment
DUSTIN "KROSS" KRAMMERER


12/03/2020 CITATION ▼


Served
12/04/2020

Anticipated Server
CERTIFIED MAIL

Anticipated Method
Actual Server
CERTIFIED MAIL

Returned
12/18/2020
Comment
SUSQUEHANNA RADIO LLC9214 8901 0661 5400 0157 1347 84


12/03/2020 CITATION ▼


Served
12/05/2020

Anticipated Server
CERTIFIED MAIL

Anticipated Method
Actual Server
CERTIFIED MAIL

Returned
12/18/2020
Comment
CUMULUS MEDIA INC 9214 8901 0661 5400 0157 1335 41


12/18/2020 RETURN OF SERVICE ▼

EXCUTED CITATION SUSQUEHANNA RADIO LLC

Comment
EXCUTED CITATION SUSQUEHANNA RADIO LLC


12/18/2020 RETURN OF SERVICE ▼

EXCUTED CITATION CUMULUS MEDIA INC

Comment
EXCUTED CITATION CUMULUS MEDIA INC


# APP 3

## Financial

PIZANA, AMANDA

| | Total Financial Assessment | | | $502.00 |
| | Total Payments and Credits | | | $502.00 |

| 11/25/2020 | Transaction Assessment | | | $486.00 |
| 11/25/2020 | CREDIT CARD - TEXFILE (DC) | Receipt # 74412-2020-DCLK | PIZANA, AMANDA | ($486.00) |
| 12/1/2020 | Transaction Assessment | | | $16.00 |
| 12/1/2020 | CREDIT CARD - TEXFILE (DC) | Receipt # 75008-2020-DCLK | PIZANA, AMANDA | ($16.00) |

## Documents

REQUEST FOR CITATION ISSUANCE

ORIGINAL PETITION

REQUEST FOR SERVICE

ISSUE CITATION - DUSTIN "KROSS" KRAMMERER

CITATION- SUSQUEHANNA RADIO LLC

CITATION- CUMULUS MEDIA INC

EXCUTED CITATION SUSQUEHANNA RADIO LLC

EXCUTED CITATION CUMULUS MEDIA INC

### APP 4

FILED
11/24/2020 5:15 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
JAVIER HERNANDEZ DEPUTY

DC-20-17562

NO. _____

|  |  |  |
|---|---|---|
| **AMANDA PIZANA** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **____ JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **DUSTIN "KROSS" KRAMMERER,** | § | |
| **CUMULUS MEDIA, INC. AND** | § | |
| **SUSQUEHANNA RADIO, LLC F/K/A** | § | |
| **SUSQUEHANNA RADIO CORPORATION** | § | |
| **Defendants.** | § | **OF DALLAS COUNTY, TEXAS** |

<u>**PLAINTIFF'S ORIGINAL PETITION**</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Amanda Pizana, hereinafter called Plaintiff, complaining of and about Dustin "Kross" Krammerer ("Dustin"), Cumulus Media, Inc. and Susquehanna Radio, LLC F/K/A Susquehanna Radio Corporation (collectively referred to as "Defendants"), and for cause of action shows unto the Court the following:

**DISCOVERY CONTROL PLAN LEVEL**

1.      Plaintiff intends that discovery be conducted under Discovery Level 2.

**PARTIES AND SERVICE**

2.      Plaintiff, Amanda Pizana, is an Individual whose address is 4540 Winkler Ave., Apt. 301, Fort. Myers, FL 33966. The last three numbers of Amanda Pizana's driver's license number are 249.  The last three numbers of Amanda Pizana's social security number are 889.

3.      Defendant, Dustin "Kross" Krammerer, an Individual who is a resident of Texas, is the Program Director of Cumulus Media, Inc., a Foreign For-Profit Corporation, and may be served with process at his place of employment at the following address: West Victory Plaza, 3090 Olive Street, Ste. 400, Dallas, TX 75219 or wherever he may be found. Service of said Defendant can be effected by personal delivery.

4.      Defendant, Cumulus Media, Inc., a Foreign For-Profit Corporation, and may be

served with process through their registered agent, CT Corporation System, at the following address: 1999 Bryan St., Ste. 900, Dallas, TX 75201. Service of said Defendant as described above can be effected by certified mail with a return receipt requested.

5.     Defendant, Susquehanna Radio, LLC, F/K/A Susquehanna Radio Corporation, is a limited liability company, and may be served with process through their registered agent, CT Corporation System, at the following address: 1999 Bryan St., Ste. 900, Dallas, TX 75201. Service of said Defendant as described above can be effected by certified mail with a return receipt requested.

## JURISDICTION AND VENUE

6.     The subject matter in controversy is within the jurisdictional limits of this court.

7.     Pursuant to Rule 47, the amount sought in this case is monetary relief over $100,000 but not more than $200,000.

8.     This court has jurisdiction over the parties because Defendant, Dustin Krammerer is a Texas resident. Additionally, Defendant, Cumulus Media, Inc. and Defendant, Susquehanna Radio, LLC, F/K/A Susquehanna Radio Corporation are both businesses operating and located in Texas.

9.     Venue in Dallas County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## NATURE OF ACTION

10.     This is an action under Chapter 21 of the Texas Labor Code, Section 21.001 et. seq. Texas Labor Code, as amended, to correct unlawful employment practices on the basis of sex.

## CONDITIONS PRECEDENT

11.     More than 180 days prior to the institution of this lawsuit, Plaintiff filed a charge with the Texas Workforce Commission, Civil Rights Division, alleging violations of Chapter 21 Employment Discrimination of the Texas Labor Code.  A notice of the right to file a civil action has been issued by the Texas Workforce Commission, Civil Rights Division on or about August 26,

APP 7

2020.  All conditions precedent to the institution of this lawsuit have been fulfilled.  This suit is filed within 90 days after the date a notice of the right to file a civil action was received by Plaintiff and is brought within two years of the date the complaint relating to the action was filed. A copy of the Plaintiff's EEOC Notice of Right to Sue is attached hereto ***Exhibit 1*** and incorporated herein by reference.

**FACTS**

12.      On or about May of 2015, Plaintiff was hired as a part-time On-Air Personality at Cumulus Media, Inc., where she served as an exemplary employee.

13.      On February 26, 2016, Plaintiff, Defendant, Dustin "Kross" Krammerer (hereinafter referred to as "Dustin") and Josh Carmona, an On-Air Personality employed at Cumulus Media, Inc. went to a Dallas Maverick Basketball game as part of a work function.

14.      Throughout the game, Dustin was continually buying Plaintiff drinks. Based on Dustin's subsequent actions, the entire purpose for Dustin buying Plaintiff drinks was to try to get her inebriated so that he could take advantage of Plaintiff sexually. Later on, Dustin walked up behind Plaintiff and pressed his genitals against the back of Plaintiffs body. Plaintiff turned around in anger and indignantly asked Dustin what he was doing; Dustin laughed and walked away.

15.      Later that night at the game, Dustin told Plaintiff to sit next to him. Although Plaintiff was uncomfortable sitting next to him based on his previous behavior at the game, she was afraid that saying no would impact her job, so she followed his order. Dustin immediately began interrogating Plaintiff about her dating relationships outside of work. Plaintiff did not feel comfortable discussing her dating relationships with her supervisor and became very upset. Dustin then began making comments to Vicki Ochoa, who was an employee of Cumulus Media, Inc. and began to discuss the size of his penis.

16.      After Plaintiff declined his sexual advances and unwanted sexual touches, Dustin started his goal of punishing the Plaintiff by berating and criticizing her work performance. Although

APP 8

nothing had changed in Plaintiff's performance, Dustin's attitude against her had taken a dramatic turn and Dustin was clearly upset at Plaintiff because she rejected his sexual advances.

17.     After constant new and false criticism by Dustin, Plaintiff complained to her Human Resources Department of the events that occurred on February 26, 2016 and the constant harassment by Dustin in hopes of being assigned a new supervisor, or for Dustin to be disciplined for his inappropriate behavior; however, nothing was resolved, and Dustin was allowed to continue to supervise Plaintiff and harass her. Allison Barnes, the Director of Human Resources, stated that she would conduct an investigation. Ms. Barnes stated that they had a stern meeting with Dustin and that it will not happen again. Human Resources blamed Dustin's behavior on the alcohol. Unfortunately, the investigation was not effective considering shortly after Ms. Barnes stated she would conduct an investigation, Dustin sent Plaintiff a text message that was not related to work. The text message read, "I was sitting on my patio and a car drove by, I heard your voice and wanted to text you to let you know this.".

18.     Although Plaintiff thought that Human Resources would be her shield, the company allowed Dustin to use them as a sword to attack the Plaintiff. After Plaintiff's complaint to Human Resources, Dustin began retaliating against Plaintiff by constantly criticizing Plaintiff's work performance to insinuate that Plaintiff was not able to perform her job properly, and writing Plaintiff up for being late to work and missing work when Plaintiff had a valid reason for her tardiness or absence and had never received complaints before she reported Dustin.

19.     On Sunday, April 10, 2016, Plaintiff was scheduled to be on air at 3:00 PM; however, Plaintiff broke her heel bone causing her to arrive a little after 3:00 PM. Dustin wrote Plaintiff up for being late to work, he stated that she was scheduled to be at work at 2:30 PM when Plaintiff had no email stating that her airtime had changed. Even with Plaintiff's foot injury, Plaintiff went to work and did not leave work on Sunday until she had permission from Dustin to seek medical attention.

20.     On Sunday, April 10, 2016, after receiving permission from Dustin, Plaintiff went to

consult with her orthopedic about the foot injury that she had sustained. Plaintiff informed Dustin that her orthopedic had provided her with a work release form and the date that she was scheduled to be at work was Wednesday, April 13, 2016. Plaintiff informed Dustin that the doctor had prescribed her codeine and she could not drive, but that she would return to work sooner if she was able to. On Wednesday, April 13, 2016, Plaintiff was written up by Dustin for missing work on Monday and Tuesday even though she had sent him a copy of the doctor's note stating that she was not allowed to work on those days. *Please see Exhibit 2*.

21.     On May 11, 2017, approximately one month after Plaintiff's complaint to Human Resources, Dustin sent an email to Plaintiff complaining of a seven second talk break that Plaintiff did after the song rather than before the song as scheduled. Plaintiff did this to allow more time for her to sell the new music coming up. In addition, Dustin criticized Plaintiffs introduction to her breaks, specifically stating "Be careful of your crutch 'Hey what's up? It's your girl lil brownie'. You say it on every break and in all your endorsements. Find other ways to open your breaks introducing yourself. . ." *Please see Exhibit 3*.

22.     On July 20, 2016, Dustin sent an email to Plaintiff requesting to sit down for an aircheck. *Please see Exhibit 4*. Plaintiff was suspicious of Dustin's reasoning for the aircheck considering Plaintiff was the only employee at Cumulus Media, Inc. who was subjected to an aircheck. Plaintiff believes Dustin scheduled the aircheck in an attempt to harass and retaliate against Plaintiff for her complaints to Human Resources.

## SEX DISCRIMINATION

23.     Defendant, Susquehanna Radio, LLC, by and through Defendant's agents, Defendant, Cumulus Media, Inc., by and through Defendant's agents and Defendant, Dustin, intentionally engaged in unlawful employment practices involving Plaintiff because she is a female.

24.     Defendant, Susquehanna Radio, LLC, by and through Defendant's agents, Defendant, Cumulus Media, Inc., by and through Defendant's agents and Defendant, Dustin, intentionally

discriminated against Plaintiff in connection with the compensation, terms, conditions and privileges of employment or limited, segregated or classified Plaintiff in a manner that would deprive or tend to deprive her of any employment opportunity or adversely affect her status because of Plaintiff's sex in violation of the Texas Labor Code.

25.      Defendant, Susquehanna Radio, LLC, by and through Defendant's agents, Defendant, Cumulus Media, Inc., by and through Defendant's agents and Defendant, Dustin, intentionally classified Plaintiff in a manner that deprived her of an equal employment opportunity that was provided to male employees similarly situated in violation of the Texas Labor Code.

26.      Plaintiff alleges that Defendant, Susquehanna Radio, LLC, by and through Defendant's agents, Defendant, Cumulus Media, Inc., by and through Defendant's agents and Defendant, Dustin, harassed the Plaintiff on the basis of sex with malice or with reckless indifference to the state-protected rights of Plaintiff as a result of her sexual harassment claim filed against Dustin.

## SEXUAL HARASSMENT

27.      Defendant, Susquehanna Radio, LLC, by and through Defendant's agents, Defendant, Cumulus Media, Inc., by and through Defendant's agents and Defendant, Dustin, intentionally engaged in unlawful employment practices involving Plaintiff because she is a female.

28.      Defendant, Susquehanna Radio, LLC, by and through Defendant's agents, Defendant, Cumulus Media, Inc., by and through Defendant's agents and Defendant, Dustin, intentionally discriminated against Plaintiff in connection with the compensation, terms, conditions and privileges of employment or limited, segregated or classified Plaintiff in a manner that would deprive or tend to deprive her of any employment opportunity or adversely affect her status because of Plaintiffs sex in violation of the Texas Labor Code.

29.      Defendant, Susquehanna Radio, LLC, by and through Defendant's agents, Defendant, Cumulus Media, Inc., by and through Defendant's agents and Defendant, Dustin, intentionally

classified Plaintiff in a manner that deprived her of an equal employment opportunity that was provided to male employees similarly situated in violation of the Texas Labor Code.

30.     Defendant, Dustin, sexually harassed Plaintiff, as described above, in violation of her rights under the Texas Labor Code Section 21.051. Defendants knew or should have known of the harassment yet failed to take prompt remedial action.

31.     Plaintiff alleges that Defendant, Dustin, sexually harassed Plaintiff on the basis of sex with malice or with reckless indifference to the state-protected rights of Plaintiff.

## RETALIATION

32.     Plaintiff alleges that Defendant, Susquehanna Radio, LLC, by and through Defendant's agents and Defendant, Cumulus Media, Inc., by and through Defendant's agents, instituted a campaign of retaliation which included continued harassment from a supervisor including, but not limited to, shift changes and unsupported write-ups from Defendant, Dustin. This retaliation was due to the Plaintiff exercising her rights and filing a complaint with the Human Resources Department against Defendant, Dustin, for his unlawful discriminatory practices and sexual advances towards the Plaintiff. Plaintiff suffered damages for which Plaintiff herein sues.

## RESPONDEAT SUPERIOR AND RATIFICATION

33.     Whenever in this petition it is alleged that the Defendant, Susquehanna Radio, LLC, and/or Defendant, Cumulus Media, Inc. did any act or thing, it is meant that the Defendant's officers, agents, servants, employees or representatives did such act and/or that at that time such act was done, it was done with the full authorization or ratification of the Defendant or was done in the normal and routine course and scope of employment of Defendant's officers, agents, servants, employees, or representatives.

## CONSTRUCTIVE DISCHARGE

34.     Defendants made the working conditions so intolerable that Plaintiff felt

compelled to resign her position.  A reasonable person in the same position would have also felt compelled to resign.  Plaintiff suffered damages for which Plaintiff herein sues.

## DAMAGES

35.     Plaintiff sustained the following damages as a result of the actions and/or omissions of Defendants described hereinabove:

    a.      Monetary damages in the amount of $200,000.00;

    b.      All reasonable and necessary Attorney's fees incurred by or on behalf of Plaintiff, including all fees necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just as provided by the Texas Labor Code Section 21.259;

    c.      All reasonable and necessary costs incurred in pursuit of this suit;

    d.      Loss of earnings in the past; and

    e.      Pre and Post judgment interest

## EXEMPLARY DAMAGES

36.     Plaintiff would further show that the acts and omissions of Defendants complained of herein were committed with malice or reckless indifference to the state-protected rights of the Plaintiff.  In order to punish said Defendants for engaging in unlawful business practices and to deter such actions and/or omissions in the future, Plaintiff also seeks recovery from Defendants for exemplary damages as provided by Section 21.2585 of the Texas Labor Code.

## SPECIFIC RELIEF

37.     Additionally, Plaintiff seeks the following specific relief which arises out of the actions and/or omissions of Defendants described hereinabove:

    a.      Companywide training for all Supervisors and Managers covering Sexual Harassment and Anti-Discriminatory Policies and Procedures.

    b.      Prohibit by injunction the Defendants from engaging in unlawful employment practices as defined in the Texas labor Code.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Amanda Pizana, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court; exemplary damages, excluding interest, and as allowed by Section 21.2585 of the Texas Labor Code, together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**THE FULTON STRAHAN LAW GROUP, PLLC**

____/s/ Kevin Fulton_____
Kevin Fulton, SBN: 24059787
Adrianna Higginbotham, SBN: 24101912
A. Strahan, SBN:24081940
Josh Mathews, SBN: 24109519
Hon. Briscoe Cain, SBN: 24073602
7676 Hillmont St, Suite 191
Houston, Texas 77040
(713) 589- 6964 Office
(832) 201- 8847 Fax
**ATTORNEYS FOR PLAINTIFF**
**AMANDA PIZANA**

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:  Amanda P. Pizana<br>7676 Hillmont Street, Ste. 191<br>Houston, TX 77040 | From:  San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 31C-2019-00744 | Jaime Valdez,<br>**State & Local Coordinator** | **(210) 640-7548** |

*(See also the additional information enclosed with this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]   More than 180 days have passed since the filing of this charge.

☐   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Travis G. Hicks,
Director

August 26, 202
*(Date Mailed)*

Enclosures(s)

cc:   SUSQUEHANNA RADIO, LLC (F/K/A SUSQUEHANNA RADIO
CORPORATION
c/o Jeff T. Leslie, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
8117 Preston Road, Suite 500
Dallas, TX 75225

Kevin Fulton
THE FULTON LAW GROUP, PLLC
7676 Hillmont St., Ste. 191
Houston, TX 77040

Exhibit 1 to Plaintiff's Original Petition          Page 1 of 1
APP 15

# Memorandum

**To: Amanada Pizana**

**From: Dustin Kross**

**Date: 4/13/16**

**Re:** Performance Issues

---

In reviewing your recent performance, there are several serious deficiencies that need to be addressed in order for you to be a successful programming employee at Cumulus. We stand ready to assist you in any way possible, but the onus is on you to take the necessary steps to correct these issues:

- You have failed to respond to my requests for assistance. For example, thru text message you informed me that you were going to be late to the station event (which was already approximately 30 minutes after you were supposed to at event) which was a 2:30pm start on April 10th. On Monday, April 11th at 5:06 pm, you said you were not going to be able to work until Wednesday or possibly Thursday due to the foot injury. On Tuesday night April, 12th you had Vicki fill in due to your injury but you were able to go to a Crisco's party. Not presenting 100% truth in communication and lack of communication and cooperation on your part is unacceptable.

You currently are not performing at an acceptable level. I still believe, however, that you can be a successful programming employee. But you must be willing and committed to put in the effort to get there. To assist you, we have put together a list of goals that, if completed over the next 30 days, will put you on the path to success. Failure to complete these goals within the next 30 days—or any further performance or disciplinary issues— will result in further disciplinary action, up to and including immediate termination of employment.

- You will commit to improving the station by being honest, putting forth your best effort into the station and being on time to station events.

- You will pay close attention to the performance of your job duties to minimize unnecessary mistakes. In addition, you will take responsibility for your mistakes and demonstrate a commitment to ensuring that such mistakes are corrected.

- You will accept constructive criticism regarding your performance with a positive attitude and without being defensive or argumentative. You will also demonstrate a willingness to utilize such constructive criticism to develop and improve your performance.



PLAINTIFF'S
EXHIBIT
2

Exhibit 2 to Plaintiff's Original Petition          **APP. 16**          Page 1 of 2

- You will respond to management requests for information and assistance in a timely manner, and you will display a positive and cooperative attitude towards your superiors and fellow co-workers.

- You will meet with me at the end of each week to review your performance and progress.

This Performance Memo does not change the at-will nature of your employment, and does not affect in any way your right or the company's right to terminate your employment at an earlier time than the targeted performance review date of 5/13/16 Please commit yourself to achieving the goals listed above during this next month. We truly want to see you to succeed at Cumulus.

**Employee's Statement:** I acknowledge that I have read this memo and I understand that it is a written warning. I have had a chance to discuss it and ask questions. I understand the expectations regarding my future performance and I understand that failure to meet these expectations may result in further action, up to and including immediate termination of my employment. I also understand that a copy of this memo will be placed in my personnel file.

Signature                                      4.13.16
                                               Date

Exhibit 2 to Plaintiff's Original Petition                    Page 1 of 2

APP 17

FWD: Fwd: Scared to be lonely break

chelsea@fultonlg.com [chelsea@fultonlg.com]

**Sent:** 11/14/2017 9:48 AM

**To:** chelsea@fultonlg.com

---

---------- Forwarded message ----------
From: Amanda Pizana <lilbrownie@cumulus.com>
Date: Thu, May 11, 2017 at 4:58 PM
Subject: Fwd: Scared to be lonely break
To: amandapizana1@gmail.com <amandapizana1@gmail.com>

Sent from my iPhone

Begin forwarded message:
**From:** Dustin Kross <Dustin.Kross@cumulus.com>
**Date:** May 11, 2017 at 8:05:26 AM CDT
**To:** Amanda Pizana <lilbrownie@cumulus.com>
**Subject: RE: Scared to be lonely break**

Gotcha! Please talk where the talk breaks are scheduled and don't move them.

I schedule the talk breaks in front of unfamiliar music for you to intro and talk about. If it's only 7 seconds, it's a good time to use word economy and get in and out quickly but still use your personality.

I also, I schedule the music a certain way for a reason. Please don't move music and manipulate the log as you see fit.

Couple more things from last night...

Remember to only do one thought per break. When you talked into passionfruit, you talked about Tequila then solicited for songs. Talk about one or the other. That will cut that break in half and give you more time to get your personality through.

Be careful of your crutch "Hey what's up? It's your girl lil brownie" You say it on every break and in all your endorsements. Find other ways to open your breaks introducing yourself. As on-air talent we all have our crutches. We have to be mindful of them and train ourselves away from them.

Let me know if you have any questions.



PLAINTIFF'S
EXHIBIT

3

<span style="color:red">Exhibit 3 to Plaintiff's Original Petition</span>                    <span style="color:red">Page 1 of 2</span>

Dustin Kross

Program Director | Afternoon Drive Talent

The New HOT 93.3 KLIF-FM

@DustinKross | Instagram | Twitter | Facebook


NewHot933ColorFill smallForce Signature


**From:** Amanda Pizana
**Sent:** Wednesday, May 10, 2017 7:14 PM
**To:** Dustin Kross <Dustin.Kross@cumulus.com>
**Subject:** Re: Scared to be lonely break


Yes but it was only 7 secs so I talked after it so I would have more time to sell the new music coming up.

Sent from my iPhone

On May 10, 2017, at 7:10 PM, Dustin Kross <Dustin.Kross@cumulus.com> wrote:


Wasn't there a talk break in front of Scared to be lonely at 7:07?


Dustin Kross

Program Director | Afternoon Drive Talent

The New HOT 93.3 KLIF-FM

@DustinKross Instagram | Twitter | Facebook

Cumulus Media Email Policy
PLEASE NOTE: This message contains confidential information and is intended only for the individual(s) named. Employees of Cumulus Media Inc. and its subsidiaries are prohibited from forwarding this email or otherwise disclosing the contents of this email, or any portion thereof, to any third party, including any non-employee of the respective companies. Failure of an employee to comply with this policy will result in disciplinary action up to and including immediate termination of employment.

Cumulus Media Disclaimer
This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

Copyright © 2003-2017. All rights reserved.

# Fwd: Aircheck

Amanda P [amandapizana1@gmail.com]

**Sent:** 7/21/2016 1:58 PM

**To:** Kfulton@fultonlg.com, chelsea@fultonlg.com

---

---------- Forwarded message ----------
**From:** Amanda Pizana <lilbrownie@cumulus.com>
Date: Thursday, July 21, 2016
Subject: Fwd: Aircheck
To: "amanda.pizana1@gmail.com" <amanda.pizana1@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Dan Bennett <Dan.Bennett@cumulus.com>
> **Date:** July 21, 2016 at 11:10:06 AM CDT
> **To:** Amanda Pizana <lilbrownie@cumulus.com>
> **Subject: Re: Aircheck**

Amanda I will be in this. With my hip surgery my hours have been all over the place. I will get with him to set a time. Dan b

Sent from my iPhone

On Jul 21, 2016, at 11:07 AM, Amanda Pizana <lilbrownie@cumulus.com> wrote:

> Hi Dan, I'm not sure if you're aware but Dustin wants to have an air check meeting. I know from our previous conversations you said that you would be present during our air check meetings. If you could that would be great because I honestly don't feel comfortable sitting down with just Dustin and Jeff since it didn't go very well the last time. Thanks.
>
> Sent from my iPhone
>
> Begin forwarded message:

>> **From:** Dustin Kross <Dustin.Kross@cumulus.com>
>> **Date:** July 20, 2016 at 1:56:10 PM CDT
>> **To:** Amanda Pizana <lilbrownie@cumulus.com>
>> **Cc:** Jeff Catlin <Jeff.Catlin@cumulus.com>
>> **Subject: RE: Aircheck**

Sorry! I was looking at the wrong month. Monday 7/25 show.

**PLAINTIFF'S EXHIBIT**
4

Jeff, Are you available on Friday afternoon? What time is good for you?

Thank you,

Dustin Kross

Program Director | Morning Host

The New HOT 93.3 KLIF-FM

@DustinKross | Instagram | Twitter | Facebook

<image003.jpg><image002.jpg>

---

**From:** Amanda Pizana
**Sent:** Wednesday, July 20, 2016 1:46 PM
**To:** Dustin Kross <Dustin.Kross@cumulus.com>
**Subject:** Re: Aircheck

Yeah we can meet Friday afternoon. Do we have something coming up on 7/27 or did u mean 6/27?

Sent from my iPhone

On Jul 20, 2016, at 10:29 AM, Dustin Kross <Dustin.Kross@cumulus.com> wrote:

> Brownie,
>
> Do you have some time this week or next to sit down for an aircheck? I'd like to go over Monday 7/27 show.
>
> Let me know.
>
> Thanks,
>
> Dustin Kross

Exhibit 4 to Plaintiff's Original Petition

Page 2 of 3

Program Director | Morning Host

The New HOT 93.3 KLIF-FM

@DustinKross | Instagram | Twitter | Facebook


<image004.jpg><image003.jpg>

Cumulus Media Email Policy
PLEASE NOTE: This message contains confidential information and is intended only for the individual(s)
named. Employees of Cumulus Media Inc. and its subsidiaries are prohibited from forwarding this email
or otherwise disclosing the contents of this email, or any portion thereof, to any third party, including any
non-employee of the respective companies. Failure of an employee to comply with this policy will result in
disciplinary action up to and including immediate termination of employment.

Cumulus Media Disclaimer
This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should
not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and
delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action
in reliance on the contents of this information is strictly prohibited.

**Attachments:**      image002.jpg      image003.jpg

Copyright © 2003-2017. All rights reserved.

Exhibit 4 to Plaintiff's Original Petition

Page 3 of 3

# CIVIL PROCESS REQUEST FORM

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
| :---: |
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

**CASE NUMBER:** DC-20-17562   **CURRENT COURT:** _____ **District Court**

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): **PLAINTIFF'S ORIGINAL PETITION**

**FILE DATE OF PETITION:** **11/24/2020**
　　　　　　　　　　　　　　Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1. **NAME: DUSTIN "KROSS" KRAMMERER**

   **ADDRESS: West Victory Plaza, 3090 Olive Street, Ste. 400, Dallas, TX 75219 or wherever he may be found.**

   **AGENT**, (*if applicable*): **N/A**

   **TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

   **SERVICE BY** (*check one*):
   - ☐ **ATTORNEY PICK-UP**　　　　　☐ **CONSTABLE**
   - ☒ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
   - ☐ **MAIL**　　　　　　　　　　　☐ **CERTIFIED MAIL**
   - ☐ **PUBLICATION:**
     　　Type of Publication: ☐ **COURTHOUSE DOOR,  or**
     　　　　　　　　　　　　☐ **NEWSPAPER OF YOUR CHOICE:** _____
   - ☒ **OTHER**, *explain* **Please email the citation to my Paralegal, Chelsea Peterson at chelsea@fultonstrahan.com**

2. **NAME: SUSQUEHANNA RADIO, LLC**

   **ADDRESS: 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136**

   **AGENT**, (*if applicable*): **CT Corporation System**

   **TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

   **SERVICE BY** (*check one*):
   - ☐ **ATTORNEY PICK-UP**　　　　　☐ **CONSTABLE**
   - ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: ___
   - ☐ **MAIL**　　　　　　　　　　　☒ **CERTIFIED MAIL**
   - ☐ **PUBLICATION:**
     　　Type of Publication: ☐ **COURTHOUSE DOOR,  or**
     　　　　　　　　　　　　☐ **NEWSPAPER OF YOUR CHOICE:** _____
   - ☐ **OTHER**, *explain*

3. **NAME: CUMULUS MEDIA, INC.**

   **ADDRESS: 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136**

   **AGENT**, (*if applicable*): **CT Corporation System**

   **TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

   **SERVICE BY** (*check one*):
   - ☐ **ATTORNEY PICK-UP**　　　　　☐ **CONSTABLE**
   - ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: ___
   - ☐ **MAIL**　　　　　　　　　　　☒ **CERTIFIED MAIL**
   - ☐ **PUBLICATION:**
     　　Type of Publication: ☐ **COURTHOUSE DOOR,  or**
     　　　　　　　　　　　　☐ **NEWSPAPER OF YOUR CHOICE:** _____
   - ☐ **OTHER**, *explain*

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Request Form.wpd   APP 23   Rev. 5/7/10

**APPENTION:   Effective June1, 2010**

**For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back.  Thanks you,**
**********************************************************************************************************

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME:  **Kevin Fulton** TEXAS BAR NO./ID NO.  **24059787**

MAILING ADDRESS:  **7676 Hillmont Street, Suite 191, Houston, Texas 77040**

PHONE NUMBER:  **713.589.6964**     FAX NUMBER:  **832.201.8847**

EMAIL ADDRESS:  **kevin@fultonstrahan.com**

| SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.  SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES. |
| --- |

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

**__X__     ORIGINAL PETITION**
_____    SUPPLEMENTAL PETITION


COUNTERCLAIM
_____    AMENDED COUNTERCLAIM
_____    SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____    AMENDED CROSS-ACTION
_____    SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____    AMENDED THIRD-PARTY PETITION
_____    SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____    AMENDED INTERVENTION
_____    SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____    AMENDED INTERPLEADER
_____    SUPPLEMENTAL INTERPLEADER

__ PLAINTIFF SEEKS IMMEDIATE HEARING ON WRIT OF MANDAMUS SEEKING SPECIFIC PERFORMANCE.
__ INJUNCTION
MOTION TO MODIFY
SHOW CAUSE ORDER
__ TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT

GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Re...   **APP 24**                              Rev. 5/7/10

ORDER TO: _____
               (specify)

MOTION TO: _____
               (specify)

POSSESSION (PERSON)
POSSESSION (PROPERTY)


SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

APP 25

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Request Form      Rev. 5/7/10

FILED
11/30/2020 11:30 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Belinda Hernandez DEPUTY



# Fulton Strahan
## Law Group PLLC

November 30, 2020

Kevin Fulton
Founding Partner
*kevin@fultonstrahan.com*
◦ AVVO Rating-Superb
◦ H-Texas Mag 2014-19 Top Lawyer
◦ Texas Monthly-Top Young Lawyers 2017
◦ Rated by Super Lawyers-Rising Star

Keith Strahan
Managing Partner
*keith@fultonstrahan.com*

Hon. Briscoe Cain
Senior Counsel
*briscoe@fultonstrahan.com*
◦ Houstonia 2016 Top Lawyer

A'drianna Higginbotham
Associate Attorney
*ahigginbotham@fultonstrahan.com*
◦ H-Texas Mag 2018 Top Lawyer

Josh Mathews
Associate Attorney
*josh@fultonstrahan.com*

7676 Hillmont St, Ste 191
Houston, Texas 77040
(Principal Office)
tel: 713.589.6964
fax: 832.201.8847
web: FultonStrahan.com

298th District Court
ATTN: Clerk of the Court

**Re:**     **Amanda Pizana vs. Dustin "Kross" Krammerer, et al.**
            **Case No. DC-20-17562**
            **Envelope Number: 48408620**

Dear Clerk of the Court,

Please issue two certified mail citation to be served on Defendants, Cumulus Media, Inc. and Susquehanna Radio, LLC F/K/A Susquehanna Radio Corporation with regard to the above reference envelope number. Per the court's request, I am including payment in the amount of $16.00 to cover the issuance fees that were not included in the original filing.

Thank you for your assistance with this matter. If you have any questions or concerns, please do not hesitate to contact me at 713.589.6964.

Sincerely,

Chelsea Peterson
Senior Paralegal

**APP 26**

# FORM NO.  353-3 - CITATION
# THE STATE OF TEXAS

To:

**DUSTIN "KROSS" KRAMMERER**
**WEST VICTORY PLAZA**
**3090 OLIVE STREET, STE. 400**
**DALLAS, TX  75219**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty   days after you were served this citation and  petition, a default judgment may be
taken against you.  Your answer should be addressed to the clerk of the **298th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **AMANDA PIZANA**

Filed in said Court  **24th day of November, 2020** against

**DUSTIN "KROSS" KRAMMERER; CUMULUS MEDIA, INC.; AND SUSQUEHANNA RADIO,**
**LLC F/K/A SUSQUEHANNA RADIO CORPORATION**

For Suit, said suit being numbered **DC-20-17562,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation.  If
this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 3rd day of December, 2020.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas

By_____, Deputy
         IRASEMA SUTHERLAND

---

**ESERVE**

**CITATION**

**DC-20-17562**

**AMANDA PIZANA**
**vs.**
**DUSTIN "KROSS" KRAMMERER, et al**

ISSUED THIS
**3rd day of December, 2020**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  **IRASEMA SUTHERLAND**, Deputy

_____

**Attorney for Plaintiff**
KEVIN H FULTON
2855 MANGUM RD
SUITE 413
HOUSTON TX  77092
281-817-5464
kfulton@fultonlawoffice.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. : DC-20-17562

Court No.298th District Court

Style: AMANDA PIZANA

 vs.

DUSTIN "KROSS" KRAMMERER et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ | |
| For mileage | $ _____ | of _____ County, _____ | |
| For Notary | $_____ | By _____ Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

**APP 28**

**FORM NO.  353-3 - CITATION**

# THE STATE OF TEXAS

To:

**SUSQUEHANNA RADIO, LLC,**
**F/K/A SUSQUEHANNA RADIO CORPORATION**
**SERVING REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN ST STE 900**
**DALLAS TX  75201**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty   days after you were served this citation and  petition, a default judgment may be
taken against you.  Your answer should be addressed to the clerk of the **298th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **AMANDA PIZANA**

Filed in said Court  **24th day of November, 2020** against

**DUSTIN "KROSS" KRAMMERER et al**

For Suit, said suit being numbered **DC-20-17562,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation.  If
this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas.
Given under my hand and the Seal of said Court at office this 3rd day of December, 2020.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
          COURTNEY RUTLEDGE

---

**CERT-MAIL**

**CITATION**

**DC-20-17562**

**AMANDA PIZANA**
vs.
**DUSTIN "KROSS" KRAMMERER et al**

**ISSUED THIS**
**3rd day of December, 2020**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  COURTNEY RUTLEDGE, Deputy

**Attorney for Plaintiff**
KEVIN H FULTON
2855 MANGUM RD
SUITE 413
HOUSTON TX  77092
281-817-5464
kfulton@fultonlawoffice.com

# OFFICER'S RETURN

Case No. : DC-20-17562

Court No.298th District Court

Style: AMANDA PIZANA

vs.

DUSTIN "KROSS" KRAMMERER et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____,

20_____, by delivering to the within named _____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

APP 30

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS
**To:**

**CUMULUS MEDIA, INC.,**
**SERVING REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN ST STE 900**
**DALLAS TX  75201**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty   days after you were served this citation and  petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **AMANDA PIZANA**

Filed in said Court  **24th day of November, 2020** against

**DUSTIN "KROSS" KRAMMERER et al**

For Suit, said suit being numbered **DC-20-17562,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 3rd day of December, 2020.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas.

By_____ , Deputy
          COURTNEY RUTLEDGE

---

**CERT-MAIL**

**CITATION**

**DC-20-17562**

**AMANDA PIZANA**
vs.
**DUSTIN "KROSS" KRAMMERER et al**

**ISSUED THIS**
**3rd day of December, 2020**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  COURTNEY RUTLEDGE, Deputy

**Attorney for Plaintiff**
KEVIN H FULTON
2855 MANGUM RD
SUITE 413
HOUSTON TX  77092
281-817-5464
**kfulton@fultonlawoffice.com**

APP 31

## OFFICER'S RETURN

Case No. : DC-20-17562

Court No.298th District Court

Style: AMANDA PIZANA

vs.

DUSTIN "KROSS" KRAMMERER et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of_____,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $ _____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy. |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

APP 32

# FORM NO. 353-3 – CITATION
# THE STATE OF TEXAS

To:

**SUSQUEHANNA RADIO, LLC,**
**F/K/A SUSQUEHANNA RADIO CORPORATION**
**SERVING REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN ST STE 900**
**DALLAS TX 75201**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **AMANDA PIZANA**

Filed in said Court **24th day of November, 2020** against

**DUSTIN "KROSS" KRAMMERER et al**

For Suit, said suit being numbered **DC-20-17562,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 3rd day of December, 2020.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.

By _____, Deputy
COURTNEY RUTLEDGE

---

**CERT-MAIL**

**CITATION**

DC-20-17562

**AMANDA PIZANA**
vs.
**DUSTIN "KROSS" KRAMMERER et al**

ISSUED THIS
3rd day of December, 2020

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: COURTNEY RUTLEDGE, Deputy

---

**Attorney for Plaintiff**
KEVIN H FULTON
2855 MANGUM RD
SUITE 413
HOUSTON TX 77092
281-817-5464
kfulton@fultonlawoffice.com

APP 33

**FILED**

2020 DEC 18 AM 8: 10

FELICIA PITRE
DISTRICT CLERK
DALLAS CO TEXAS

_____ DEPUTY

## OFFICER'S RETURN

Case No. : DC-20-17562

Court No.298th District Court

Style: AMANDA PIZANA

vs.

DUSTIN "KROSS" KRAMMERER et al

Came to hand on the _____3_____ day of _Decembr_ , 20 _20_ , at _10_ o'clock _A_ .M. Executed at _Dallas Tx 75201_ _1444 Bryant St Stu 700_

within the County of _____ at _8:07_ o'clock _A_ .M. on the _4_ day of _December_

20 _20_ , by delivering to the within named _Sosquehanna Radio LLC by U.s.certied mail restriand_

_delivery  recivied and signed  by  Kevin Gonzales_

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

|                     |        |                          |
|---------------------|--------|--------------------------|
| For serving Citation | $ _70⁰⁰_ | _Kevin Gonzales_ |
| For mileage | $ _0_ | of _____ County, |
| For Notary | $ _0_ | By _Courtny Rutledge_ _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ , 20 _____

to certify which witness my hand and seal of office.

_____

Notary Public _____   County _____

APP 34

**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 12/07/2020

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 0661 5400 0157 0604 03. Our records indicate that this item was delivered on 12/04/2020 at 08:07 a.m. in AUSTIN, TX 78744. The scanned image of the recipient information is provided below.

Signature of Recipient :

> Signature: X _[signature]_
>
> Printed Name: KEVIN GONZALES

Address of Recipient :

> Delivery Address: CSC 211 E. 7TH, AUSTIN TX 78701

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 92148901066154000157060403
DPRO-DC2012687-CR
CJ LOGISTICS HOLDING AMERICA CORPORATION
REGISTERED AGENT CORPORATION SERVICE COMPANY CSC
LAWYERS INCO
211 E 7th St Ste 620
Austin, TX  78701-3218

APP 35

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

    **CUMULUS MEDIA, INC.,**
    **SERVING REGISTERED AGENT CT CORPORATION SYSTEM**
    **1999 BRYAN ST STE 900**
    **DALLAS TX 75201**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **AMANDA PIZANA**

Filed in said Court **24th day of November, 2020** against

**DUSTIN "KROSS" KRAMMERER et al**

For Suit, said suit being numbered **DC-20-17562,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 3rd day of December, 2020.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
    COURTNEY RUTLEDGE

---

**CERT-MAIL**

**CITATION**

**DC-20-17562**

**AMANDA PIZANA**
vs.
**DUSTIN "KROSS" KRAMMERER et al**

ISSUED THIS
**3rd day of December, 2020**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: COURTNEY RUTLEDGE, Deputy

---

**Attorney for Plaintiff**
KEVIN H FULTON
2855 MANGUM RD
SUITE 413
HOUSTON TX 77092
281-817-5464
kfulton@fultonlawoffice.com

APP 36

**OFFICER'S RETURN**

FILED

2020 DEC 18 AM 8: 10

FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS

_____ DEPUTY

Case No. : DC-20-17562

Court No.298th District Court

Style: AMANDA PIZANA

vs.

DUSTIN "KROSS" KRAMMERER et al

Came to hand on the _____3_____ day of _December_ , 20 _20_ , at _10_ o'clock _A_ .M. Executed at _400 Dallas Tx 75201_ 1999 BRVAN ST STE

within the County of _____ at _4:59_ o'clock _P_ .M. on the _5_ day of _December_

20 _20_ , by delivering to the within named _Cumulus Media Inc by U.S. certified mail restricted_

_delivery received and signed by Chris Wells_

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____miles and my fees are as follows: To certify which witness my hand.

|                      |        |              |
|----------------------|--------|--------------|
| For serving Citation | $ _70_ | _Chris Wells_ |
| For mileage          | $ _0_  | of _____County, _____ |
| For Notary           | $ _0_  | By _Courtney R_____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____

to certify which witness my hand and seal of office.

Notary Public _____ County _____

FELICIA PITRE
DISTRICT CLERK
600 COMMERCE STREET
DALLAS, TEXAS 75202-4606

**APP 37**

**≣ UNITED STATES**
**POSTAL SERVICE**₀

Date Produced: 12/07/2020

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 0661 5400 0157 1335 41. Our records indicate that this item was delivered on 12/05/2020 at 04:59 p.m. in DALLAS, TX 75201. The scanned image of the recipient information is provided below.

Signature of Recipient :
(Authorized Agent)

| Signature | X | COVID - 19 |
|-----------|---|------------|
| Printed Name | | CHRIS WELLS |

Address of Recipient :

| Delivery Address | CT DRPIRATION |
|------------------|---------------|

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 9214890106615400015713354 1
DPRO-DC2-17562-CR
CUMULUS MEDIA, INC.,
SERVING REGISTERED AGENT CT CORPORATION SYSTEM
1999 Bryan St Ste 900
Dallas, TX  75201-3140

APP 38